UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRENDAN M. DAVIDSON, of Brunswick, County of Cumberland, State of Maine,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, With a place of business in Portland, County of Cumberland, State of Maine<br><br>Defendant | *<br>*<br>*<br>*<br>*   Civil No. 17-_____<br>*<br>*<br>*<br>*<br>*<br>* |

## COMPLAINT

NOW COMES the Plaintiff, by and through his attorneys, and complains against the Defendant as follows:

## COUNT I

1. Plaintiff Brendan M. Davidson (hereinafter "Plaintiff") is a resident of Brunswick, County of Cumberland, State of Maine.

2. Defendant United States Postal Service (hereinafter "Defendant"), is a business entity with a place of business in Portland, County of Cumberland, State of Maine.

3. On or about March 22 2016, at approximately 3:22 pm Plaintiff was operating a green Volvo in an easterly direction on a public way called Mason Street near Federal Street in Brunswick, County of Cumberland, State of Maine.

4. On said date and time, David A. Mckay ("McKay") was operating a motor vehicle which Defendant owned, while acting within the scope of his employment with Defendant.

5. On said date and time, Defendant's vehicle was heading in a southerly direction on Water Street.

6. As Defendant's vehicle entered the intersection joining Water Street, Mason Street, and Federal Street, Mckay failed to yield right-of-way to Plaintiff—who in fact had the right-of-way—thereby causing Defendant's vehicle to collide with Plaintiff's vehicle.

7. At said time and place, Defendant owed to Plaintiff the duty to use care to operate said vehicle in such a way as to avoid causing vehicle collisions.

      8.      At said time and place, Defendant's agent Mckay, being unmindful of his duty aforesaid did negligently and carelessly drive and operate Defendant's vehicle in such a manner that he caused it to collide with the Plaintiff's vehicle, having failed to maintain a watchful lookout.

      9.      Defendant was further negligent at said time and place in that:

      a.      He failed to see the Plaintiff's vehicle, although by exercise of due care he could have seen said vehicle in time to avoid striking it;
      b.      He failed to yield the right of way to the Plaintiff's vehicle;
      c.      He was inattentive in operating said automobile.

      10.      As a direct and proximate result of the negligence of the Defendant's agent, the Defendant's vehicle struck the vehicle operated by the Plaintiff, as a result of which Plaintiff received great injuries of mind and body.

      11.      Said injuries caused great pain and suffering and mental anguish to Plaintiff and required hospitalization and medical treatment for which Plaintiff is liable financially, have caused Plaintiff to lose wages and prevented him from performing his usual employment, resulting in an impaired earning capacity, and have caused him loss of enjoyment of life, all of which elements of damage are of a continuing nature since the injuries are permanent in their effects.

      12.      Defendant is liable for the acts of its agent Mckay, which acts were undertaken in the course and scope of his employment with Defendant.

      WHEREFORE, Plaintiff Brendan M. Davidson prays for judgment that is reasonable against Defendant United States Postal Service on this Count I, plus interest and costs.

## **COUNT II**

      13.      Plaintiff realleges the allegations contained in Paragraphs 1 through 12 and incorporates the same herein by reference.

      14.      As a direct and proximate result of Defendant's aforestated negligence, Plaintiff's personal property was damaged and diminished in value, to Plaintiff's financial detriment.

      WHEREFORE, Plaintiff Brendan M. Davidson prays for judgment that is reasonable against Defendant United States Postal Service on this Count II, plus interest and costs.

      DATED at Lewiston, Maine this 5th day of September, 2017.

                                      /s/ William C. Herbert_____
                                      William C. Herbert, Esq.
                                      Bar Roll No. 5181
                                      Attorney for Plaintiff

HARDY, WOLF & DOWNING, P.A.
186 Lisbon Street
P.O. Box 3065
Lewiston, ME 04243-3065